UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAYME CORTES, an individual; A.B. a minor by and through her general guardian JAYME CORTES; N.B. a minor by and through his general guardian JAYME CORTES; S.B., a minor by and through his general guardian JAYME CORTES,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>TAI HING SHEN and DOROTHY SHEN, TRUSTEES OF THE SECOND AMENDMENT AND RESTATEMENT OF THE SHEN LIVING TRUST, DATED APRIL 5, 2017; TAI-HING SHEN AND DOROTHY YU-KUEN SHEN, TRUSTEES OF THE AMENDMENT AND RESTATEMENT OF THE SHEN LIVING TRUST, DATED MAY 8, 2012; YUN-CHENG ZEE, an Individual; CHIU-PING ZEE, an Individual; GREAT CITY COMPANY, an entity whose business form is unknown; and DOES 1 through 10, Inclusive,<br><br>　　Defendants | No. 8:18cv01226-AG-DFM<br><br>**ORDER** |

After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

The complaint filed by Plaintiffs in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: April 25, 2019

_____
United States District Court Judge